UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

OCT 2 5 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

LaCosta Steele _____     68341509 _____

_____     _____

_____     _____

_____     _____

*(Enter above the full name of the plaintiff*
*or plaintiffs in this action).*     *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     CIVIL ACTION NO. 5:22-cv-00445 ___

*(Number to be assigned by Court)*

Warden of Southern Regional
Jail & Officers: Sgt Minor,
C/o Kittle _____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

I.     **Previous Lawsuits**

    A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____     No _X_____

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.   Parties to this previous lawsuit:

        Plaintiffs:   _____

                           _____

                           _____

        Defendants:   _____

                           _____

                           _____

    2.   Court (if federal court, name the district; if state court, name the county);

        _____

_____

    3.   Docket Number:   _____

    4.   Name of judge to whom case was assigned:

        _____

    5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

        _____

_____

    6.   Approximate date of filing lawsuit: _____

    7.   Approximate date of disposition: _____

**II.**     **Place of Present Confinement:** Secure Female Facility - Hazelton

  A.     Is there a prisoner grievance procedure in this institution?

  Yes  X          No  _____

  B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

  Yes  _____          No  X

  C.     If you answer is YES:

  1.     What steps did you take?  _____

  _____

  2.     What was the result?  _____

  _____

  D.     If your answer is NO, explain why not:  This issue WAS At Southern Regional Jail NOT Sff- Hazelton Scared of Repercussions

**III.**   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

  A.     Name of Plaintiff:  LACosta Steele

  Address:  Sff-Hazelton Po Box 3000 Bruceton Mills WV, 26525

  B.     Additional Plaintiff(s) and Address(es):  _____

  _____

  _____

  _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.      Defendant: Warden, Sgt Minor, C/o Kittle

is employed as: Staff

at Southern Regional Jail

D.      Additional defendants: _____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Medical Neglect, Raw Sewage, Physically Assulted

_____

_____

_____

_____

_____

_____

_____

IV.    **Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.    **Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

Time off current Federal Sentence
law Suit
let noone else go through what i
Went through
Be Placed on Class Action lawsuit
through Zachary Whitten. Pineville / Charleston WV

_____

_____

_____

**V.      Relief (continued)):**

_____

_____

_____

_____

_____

_____


**VII.   Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No _X____

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: There is A CLASS Action lAwsuit Zachary Whitten i reached out to him by letter

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No _X____

If so, state the lawyer's name and address:

_____

_____

Signed this ___20___ day of __October__, 20__22__.

_LaConta Steele_____

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/20/22_____.

(Date)

_LaConta Steele_____
Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7

LaCosta Steele
vs
Warden At Southern Regional Jail
Officer: Sgt Minor, C/o Kittle

I was housed at Southern Regional Jail From 10/6/21 to 6/1/22
The Following occured:
1.) My Diabetes was neglected No Fs or Hbgac
2.) Im Type 2 Diabetic, No Fasting sugars were taken Nor Any HBGA1C
3.) Medical issues Never Addressed
1.) 10/6/21 to 10/16/21 I was in quartine Pod A6 cell 7 no Showers, No Toliets, No Phone X 10 Days
2.) Sink worked but filled Sink And toilet
3.) No clean clothes Never Sent laundry out.
4.) Roommate: Margaret Shumate
5.) Raw Sewage in toliets
6.) Toliets Didn't Flush
7.) meals brought to us even while raw sewage in toliet
8.) Raw Sewage = Odor, Sight = decress food in take
1.) 1/13/22 to 3/17/22 Cell 2 Pod A5 leaked water from Shower
2.) Water From people Showering entered my cell through seems At Bottom where Cell 2 and Shower meets Daily.
3.) Three People in A one man cell
4.) Roommates: Michele Dalton and Rasnick
1.) 3/7/22 to 4/14/22 No water in cell 5 Pod A5 X 1 month
2.) Washed Hands and dishes in other cells

1.) I was physically Assulted on 4/3/22
2.) Preditors that threated me, Bass, Fobert, Cline
3.) I was gone to School when Christy Fobert Went through my legal mail under my bed. And Told everyone my Charge.
4.) When i came back in Pod A5 Preditors threated to beat me.
5.) I hit the emergecy button at the main door in A5
6.) C/o Kittle responded So i Asked For a Pod Change.
7.) Do to the Situation in A5
8.) C/o Kittle Asked me to pack my stuff so i did and waited At the main door. For C/o Kittle to Come back

Pg 2 Cont.

9.) C/o Kittle came back to Assist me in Moving Pods once in Hall WAY i Asked C/o Kittle Were i was going She SAid Pod 6 Which was right Next Door to A5

10.) C/o Kittle Knew A5 and A6 tAlks through the Blue door But i had told her they Are going to tAlk through door She SAid No Your going to have to go in there.

11.) I Went in Pod A6 to cell 4 Where Runyon was my roommAte i herd the Knock on the Door For both Pods A5 and A6 to Speek to once Another.

12.) Next thing i Know i was Attacked:

13.) PhysicAlly AssuIted me! Jumped me

14.) BrittAny lester, JAne doe ``shortie''

15.) I hit the emergAncy button Sgt Minor Responded

16.) Sgt Minor refused to Move me Pods or hAve MedicAl See me or let me Shower to wash the blood(``my blood'')

17.) instead Sgt Minor PlAced me in``PC'' ProcAtive Couisdy For 5 dAys ONly

18.) When MedicAl CAme and sAw i was bAdly Bruised durring MedicAl Pill PAss line but C/o Kittle refused to let me And them do Any AssMent of my medicAl Proceedings.

19.) I had BlAck eyes, broken Nose, busted lip, bruised inner upper lip

20.) Witness Rroommate; RuAyon.

Pg3 Cont'd

1.) Class Action Law Suit, Attorney Zachary Whitten
2.) Southern Regional Jail on News "WVVa News" Channel 6 News

Deliberate Intentional indifference
emotional Abuse
mental Abuse
Physical Abuse is Healed but the trauma from being Physically Attacked
by 2 sets of females on two sets of Blocks
I have nightmeres I wakeup Shaking Sweaty I am Currently
taking, Anxiety But Due to the trauma I suffed At the
Hands of Inmates. STAFF At SFF-Mazelton Had to Change
my medications hoping to Alleviate Some of my Anxiety /
Depression So I may Sleep easier At Night

1.) Amendment 8 "Cruel and unsyal punishment"
2.) Fourteenth Amendment "guarantees incarcerated persons humane
Conditions of confinement, Adequate Food, Clothing, shelter
And medical care. Safety of Inmates.

Releif: have time off my Sentence, Current Sentence in Federal
Coudsty, Make Sure No one elses goes through what i
Went through! lawsuit!

LaUesha Steele 68341504
Secure Female Facility - Hazelton
Po Box 3000
Bruceton Mills WV 26525

Clerk, US. District Court
Robert C. Byrd US Court house
110 North Heber Street, RM 119
Beckley, WV 25801

